# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                              NO. 4:08CR00085 SWW

JOSE LUIS MORA-IMPERIAL

### ORDER OF DISMISSAL

Pending before the Court is government's motion for dismissal of the indictment against defendant, Jose Luis Mora-Imperial, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS ORDERED that the government's motion [doc #24] for dismissal of the indictment against the above-named defendant be ***granted***, and the indictment pending against defendant Jose Luis Mora-Imperial is ***dismissed without prejudice***.

DATED this 15TH day of September 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE